**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jorge RODRIGUEZ–VASQUEZ,**
**Defendant—Appellant.**

No. 08–10135.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 13, 2009 *.

Filed Oct. 21, 2009.

John Robert Lopez, USPX—Office of the U.S. Attorney, Phoenix, AZ, for Plaintiff–Appellee.

Marc J. Victor, Esquire, Chandler, AZ, for Defendant–Appellant.

Jorge Rodriguez–Vasquez, Florence, AZ, pro se.

Before: B. FLETCHER, LEAVY, and RYMER, Circuit Judges.

## MEMORANDUM **

Jorge Rodriguez–Vasquez appeals from his guilty-plea conviction and 127–month sentence for conspiracy to possess with intent to distribute 500 grams or more of a mixture containing methamphetamine, in violation of 21 U.S.C. §§ 846, 841(a)(1), (b)(1)(A)(viii), and possession with intent to

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

distribute 50 grams or more of methamphetamine (actual), in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Rodriguez–Vasquez's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief, and no pro se brief has been filed. The government has filed a letter indicating that it does not intend to file an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.